IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT FUENTES

      Petitioner,                    2:07-CV-941-ALA P

  vs.

JAMES TILTON, et al.,

      Respondent.            <u>ORDER</u>

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

        Petitioner has failed to specify the grounds for relief in his petition. *See* Rule 2(c), Rules Governing § 2254 Cases. When a prisoner challenges the fact or duration of his custody and a determination of his action may result in petitioner's entitlement to an earlier release, his sole federal remedy is a writ of habeas corpus. *Preiser v. Rodriguez*, 411 U.S. 475 (1973); *Young v. Kenny*, 907 F.2d 874 (9th Cir. 1990), *cert. den.*, 493 U.S. 1126 (1991). The proper mechanism for raising a federal challenge to conditions of confinement, however, is through a civil rights action pursuant to 42 U.S.C. § 1983. *Badea v. Cox*, 931 F.2d 573, 574 (9th Cir. 1991). Petitioner's allegations in this regard concern the conditions of his confinement and

1

1 | not the fact or duration of his custody.  Therefore, they may not be pursued in this habeas corpus
2 | proceeding.
3 |   Therefore, IT IS HEREBY ORDERED that:
4 |   1.  Petitioner's petition for writ of habeas corpus is dismissed; and
5 |   2.  Petitioner's request to proceed in forma pauperis is thereby rendered moot and
6 | is denied.
7 | DATED: August 3, 2007

        /s/ Arthur L. Alarcón
        UNITED STATES CIRCUIT JUDGE
        Sitting by Designation